**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DAWSEY LANCE BROWN**                                                              **PLAINTIFF**

**v.**                              **Case No. 3:22-cv-00085 KGB**

**ARKANSAS FLOORING
CONTRACTORS, LLC, and
JOHN DOES 1-4**                                                                      **DEFENDANTS**

**ORDER**

Before the Court is a motion for extension of certain deadlines filed by defendant Arkansas

Flooring Contractors, LLC (Dkt. No. 11).  On July 14, 2022, the Court entered a Final Scheduling

Order setting the expert disclosures and reports deadline for November 25, 2022 (Dkt. No. 10).

Arkansas Flooring Contractors, LLC represents that, although the parties have attempted to

schedule plaintiff Dawsey Lance Brown's deposition on multiple occasions, the deposition dates

have been postponed due to ongoing treatment by Mr. Brown as well as illness of counsel (*Id.*, ¶

2).  Arkansas Flooring Contractors, LLC represents that it will not have the opportunity to depose

Mr. Brown until December 8, 2022, after the current deadline for case-in-chief experts (*Id.*, ¶ 2).

Arkansas Flooring Contractors, LLC further represents that it is has conferred with counsel for Mr.

Brown about this deadline, and the parties agree "that there is no way for either side to comply

with the deadline" (*Id.*, ¶ 3).  Accordingly, the parties request that the deadline to disclose case-in-

chief experts be extended at least 60 days (*Id.*, ¶ 5).

For good cause shown, the Court grants the motion for extension of certain deadlines (Dkt.

No. 11).  The Court extends until January 24, 2023, the deadline by which the parties must disclose

case-in-chef experts, including reports, and extends until February 23, 2023, the date by which

rebuttal experts, including reports, must be disclosed.  To the extent delays in discovery persist,

any party may file a motion for the Court's consideration.

It is so ordered this 29th day of November, 2022.

Kristine G. Baker
United States District Judge