IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAWSEY LANCE BROWN**                                                                                      **PLAINTIFF**

v.                                            Case No. 3:22-cv-00085 KGB

**ARKANSAS FLOORING**
**CONTRACTORS, LLC, and**
**JOHN DOES 1-4**                                                                                              **DEFENDANTS**

### ORDER

      Before the Court is plaintiff Dawsey Lance Brown's motion for continuance (Dkt. No. 14). This matter is set for trial during the week of April 24, 2023 (Dkt. No. 10). On November 12, 2022, the Court entered an Order extending certain discovery deadlines due to ongoing treatment by Mr. Brown and the resulting delay in scheduling depositions (Dkt. No. 12). Mr. Brown states that he has recently been referred to another neurosurgeon in St. Louis, Missouri, and that he anticipates undergoing additional surgery "on his neck or back or both." (Dkt. No. 14, ¶¶ 6–8). Mr. Brown states that it is uncertain "when the surgery(ies) . . . will occur, or what his recovery period(s) will be, but any future medical depositions will have to occur after his surger(ies) and recovery period(s)." (*Id.*, ¶ 7). As a result, Mr. Brown requests that this case be continued until he completes his treatment regimen and time allowed for further medical depositions (*Id.*, ¶ 9). Mr. Brown represents that will advise the Court when his treatment has been completed and will request a new Scheduling Order and trial date at that time (*Id.*, ¶ 10).

      Mr. Brown represents that he has conferred with counsel for defendant Arkansas Flooring Contractors, LLC, and there is no objection to this matter being continued (*Id.*, ¶ 11).

      For good cause shown, the Court grants Mr. Brown's motion for continuance (Dkt. No. 14). The Court suspends all unexpired deadlines set forth in the Court's Final Scheduling Order

and removes this matter from the trial calendar for the week of April 24, 2023 (Dkt. No. 10). All parties, either jointly or separately if they are unable to agree on a joint report, are directed to file within 90 days of the entry of this Order a written status report updating the Court as to the status of this matter, including but not limited to the status of Mr. Brown's medical treatment.

It is so ordered this 3rd day of February, 2023.

Kristine G. Baker
United States District Judge