IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAWSEY LANCE BROWN**                                                                                      **PLAINTIFF**

v.                            Case No. 3:22-cv-00085 KGB

**ARKANSAS FLOORING**
**CONTRACTORS, LLC, and**
**JOHN DOES 1-4**                                                                                                **DEFENDANTS**

## ORDER

Before the Court is the status of this matter. By prior Order, the Court suspended all unexpired deadlines set forth in the Court's Final Scheduling Order and directed the parties to file a written status report updating the Court as to the status of this matter, including but not limited to the status of plaintiff Dawsey Lance Brown's medical treatment (Dkt. No. 15). The parties filed a joint status report informing the Court that Mr. Brown recently had additional medical consultations from two additional providers (Dkt. No. 16, ¶ 1). The parties state that once the medical records from the recent treatments are made available, defendant Arkansas Flooring Contractors, LLC will assess whether an independent medical examination is necessary (*Id.*, ¶¶ 1–2). The parties further state that while they "continue to communicate openly about settlement and have discussed mediation. . . . the outstanding medical information is needed to advance the settlement negotiations." (*Id.*, ¶ 3). Based on the parties' joint status report, the Court directs the parties to file another written status report by June 9, 2023, updating the Court as to the status of this matter.

It is so ordered this 25th day of April, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge