# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAWSEY LANCE BROWN**                                                    **PLAINTIFF**

v.                              **Case No. 3:22-cv-00085 KGB**

**ARKANSAS FLOORING**
**CONTRACTORS, LLC, and**
**JOHN DOES 1–4**                                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 34). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice. The Court denies all pending motions as moot (Dkt. Nos. 28; 32), and the Court dismisses with prejudice the action.

It is so ordered this 30th day of January, 2024.

_____
Kristine G. Baker
Chief United States District Judge